United States District Court
Central District of Il

Jimmie Smith #B26691
Plaintiff

V.S                                    # _____

Leonta L. Jackson
Warden/Chief Adm Officer
Paul S. Blackwell. Ret
Correctional Officer

## COMPLAINT

Plaintiff Jimmie Smith brings this action pursuant to 42 U.S.C 1983

2) ### Jurisdiction and Venue
This Court has jurisdiction of this case pursuant to 28 U.S.C. 1331, a civil action arising under the United States Constitution or other federal law.

1 OF 9

② **Parties**

A. **Plaintiff**
   Full Name: Jimmie Terrell Smith
   Prison #: B76691
   Address: Menard C.C P.O Box 1000
   Menard Il 62259

B. **Defendant's**

Defendant #1:
   Full Name: Leonta L. Jackson
   Current Job Title: Warden
   Current Work Address: unknown

Defendant #2:
   Full Name: Paul S. Blackwell, Ret
   Current Job Title: Correctional officer, Ret
   Current Work Address: unknown

③ **Litigation History**

A) Have you brought any lawsuits in state or Federal Court dealing with the same facts involved in this case? No

B) Have you brought any other lawsuits in Federal Court while incarcerated? Yes

2 of 9

C) If your answer to (B) is yes. How many? 6
Discribe the lawsuits below.

1. Name of case and docket number.
   Jimmie Smith vs. Cook County Jail.
   Docket Number unknown. Northern District of Ill

2. Approximate date of filing: 1992
   For Failure To Protect.

3. Disposition of case: Dismissed

---

1. Name of case and docket number.
   Jimmie Smith vs. Sheriff Thomas J. Dart
   Docket Number unknown. Northern District of Ill

2. Approximate date of filing: 2015
   For Conditions of Confindment.

3. Disposition of case: Dismissed

3 OF 9

1. Name of case and docket Number.
   Jimmie Smith vs. Sheriff Thomas J. Dart.
   Docket Number. 17-CV-06004. Northern District of Il

2. Approximate date of Filing: 2018
   For Assault by officers

3. Disposition of case: Settled

---

1. Name of case and docket Number
   Jimmie Smith vs. Sheriff Thomas J. Dart
   Docket Number unKnown. Circuit Court of Cook County

2. Approximate date of Filing: 2019
   For Lost Property

3. Disposition of case: Dismissed

---

1. Name of case and docket Number
   Jimmie Smith v.s Sheriff Thomas J. Dart
   Docket Number unKnown. Northern District of Il

2. Approximate date of Filing: 2018

3. Disposition of case: Settled

4 of 9

1. Name of case and docket Number. Jimmie Smith V.S Rob Jeffreys, et al., Docket Number, 23-cv-1207. Central District of IL

2. Approximate date of filing: 5-25-2023

3. Disposition of case: Pending

IV. Exhaustion of Administrative Remedies

A.) Is there a grievance procedure at your institution.? Yes

B) Have you filed a grievance concerning the facts relating to this complaint.? Yes

C) Is the grievance process completed.? Yes

## Statement of Claim

On 6-29-21, I was on the Max Secreation yard at Pontiac C.C. Therein a alleged incident of fighting, which caused the two involved persons to be removed, and the remaining persons attacked in Clear Violation of department use of force guidelines. On said date, after the two involved persons was removed. The Facility Emergency Response Team appeared and with-out warning. Headed by then Sgt Paul S. Blackwell Began Firing (Chemical Agent) balls through the locked fencing. There after entering the yard, while continuing they Vindictive assault. Causing me and all others to back away in a none confrontational posture and get on the ground.

As I looked up. Sgt. Paul S. Blackwell, took direct aim and shot me in the face 3 inch's from my eye and repeatedly about the body. Causing swelling to my face, broken skin. Headachs and vision loss. As well as difficulty breathing. Only relenting in his assault of me as it became clear by the attending Lt. Henderson. That officer Blackwell was out of control, and ordered him to "Stop."

At the conclusion of stated assault on me. I was forced to suffer in silence. Afraid to request need medical attention. As it have become a retaliatory practice at the facility to label any prisoner involved in relation to a incident as participants of the incident causing that prisoner to be placed in the (Hole) segregated confinement.

### Defendant 2

2) Defendant <u>Leonta L. Jackson</u>. At all times relevant was the warden of Pontiac C.C. Responsible for the overall operation of the facility. overseeing the safety and control of prisoners and staff.
As the supervisory person in charge (The Warden, This Defendant was deliberately indifference toward my safety. As he knew of defendant officer (Paul S. Blackwell) prior and continued Aggression toward prisoners. while he condoned, encourage and facilitated his behavior, as he promoted him to Head of the facility Emergency Response Team. Turning a blind eye to officer (Blackwell) known Risk to prisoners safety. Resulting in the violent attack on me and the injuries I suffered.

7 of 9

## Defendant 2

2) Defendant officer Paul S. Blackwell, Ret. was at all times relevant the supervisory officer in charge of the facility (E.R.T) Emergency Response Team.

On stated date of 6-29-21. This defendant took and proceeded in his standing personal retaliatory interest toward me. A interest based on my prior alleged assault of other officers. As well as my relentless filing of grievance's in regard to staff misconduct and department standards being negated. All of which caused this defendant to believe that on the date stated herein. That my presence meant I was the instigator of the current alleged incident. Prompting the defendant to proceed in his own interest. His interest of the stated retaliatory attempt to disfigure me by taking direct aim at my face and shooting me 3 inch's from the eye and repeatedly about the body while I was on the ground. Resulting in swelling to my face, broken skin. Headache's and vision loss. As well as difficulty breathing.

8 of 9

## Relief Requested

Plaintiff prays for a judgment against all defendants in a fair and just amount sufficient to compensate him for all resulting damages, and such other relief as is just and equitable.

The Plaintiff demand this case be tried by a jury.

## Exhibits Attached

#1 - Grievance - 6-29-21
#2 - Facility Grievance officer response - 3-30-22
#3 - Administrative review response - 4-15-22

Jimmie Smith #B26691
Po Box 1000
Menard Il 62259
11-2-23

9 of 9